# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161301

DEVRY GRAHAM,
        Plaintiff-Appellant,

v

SHAWN ALTADONNA, GREENWICH
TIME, INC., and THE KEEP,
        Defendants-Appellees.

SC: 161301
COA: 351516
Wayne CC: 18-001623-NO

_____/

On order of the Court, the application for leave to appeal the March 6, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk

p1021